## NEGRO LEVI v. BAR.

Court of Common Pleas. October, 1797.

*Wilson's Red Book, 146.*

---

[1] Blank in manuscript.

PER CURIAM. Petition dismissed.